```
┌─────────────────────────┐
│ USDS SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #: _____        │
│ DATE FILED: 3/24/08     │
└─────────────────────────┘
```



**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Marilyn Richter
Phone: 212 788-0931
Fax: 212 788-0940

**MEMO ENDORSED**

March 21, 2008

3/24/08 Granted

BY FAX 212 805-6326
The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re: A.L. and V.R. on behalf of E.L. v. *New York City Department of Education*
08 CV 02023 (CM)

Dear Judge McMahon:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, attorney for defendant, New York City Department of Education, in the above-subject lawsuit. I hereby request that defendant have a thirty-day extension, from March 24, 2008 until April 23, 2008, to respond to the complaint. Plaintiffs' counsel consents to this extension. Further this is the first extension that defendant has sought.

Thank you for this consideration.

Sincerely,

Marilyn Richter
Assistant Corporation Counsel

cc: Gary Mayerson, Esq. (by fax and e-mail)